**Maria Falcon REZA, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

No. 05–77273.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 26, 2008.[*]

Filed Sept. 4, 2008.

J. Manuel Sanchez, Esq., J. Manuel Sanchez & Associates, San Ysidro, CA, for Petitioner.

District Director, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Lefevre,

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Chief Counsel, Office of the District Counsel, Department of Homeland Security, Richard M. Evans, Esq., Patricia A. Smith, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SCHROEDER, KLEINFELD, and IKUTA, Circuit Judges.

MEMORANDUM **

Maria Falcon Reza, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order summarily affirming an immigration judge's removal order. Our jurisdiction is governed by 8 U.S.C. § 1252. We review for abuse of discretion the denial of a continuance. *Vargas–Hernandez v. Gonzales*, 497 F.3d 919, 923 (9th Cir.2007). We deny in part and dismiss in part the petition for review.

The IJ did not abuse his discretion in denying Reza a continuance to apply for cancellation of removal. The record establishes that Reza was ineligible for the relief. *See Gonzalez v. INS*, 82 F.3d 903, 908 (9th Cir.1996) (a decision to deny a continuance will not be overturned absent clear abuse of discretion).

We lack jurisdiction to review the merits of the agency's discretionary denial of Reza's request for a waiver under 8 U.S.C. § 1182(h). *See* 8 U.S.C. § 1252(a)(2)(B)(i); *see also Ramadan v. Gonzales*, 479 F.3d 646, 654 (9th Cir.2007) (per curiam) (stating that the REAL ID Act "does not re-store jurisdiction over discretionary determinations").

We also lack jurisdiction to consider Reza's remaining contentions because she failed to exhaust them before the BIA. *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir.2004).

**PETITION FOR REVIEW DENIED in part; DISMISSED in part.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

